UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No.: 20-11328-MAM

BATHROOMS PLUS, INC.,

    Debtor.                                                                        Chapter 7
_____/

NICOLE TESTA MEHDIPOUR,                                           Adv. No.: 22-01132-MAM
CHAPTER 7 TRUSTEE,

    Plaintiff,

v.

GALAXY AVIATION OF LANTANA,
INC., a Florida corporation,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I CERTIFY** that true and correct copies of the following were served on April 6, 2022, as indicated below:

(1) *Complaint* [ECF No. 1];
(2) *Summons and Notice of Status Conference in an Adversary Proceeding* [ECF No. 3]; and
(3) *Order Setting Status Conference and Establishing Procedures and Deadlines* [ECF No. 4]

☑    *Mail service*:  First class United States mail, postage fully pre-paid, addressed to:

> **Jonathan S. Miller, Esq.**
> **515 E. Las Olas Blvd., Suite 1400**
> **Ft. Lauderdale, FL 33301**

☐    Personal Service:  By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service:  By leaving the process (via process server) with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of Florida, as follows:

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 6, 2022         Signature:         */s/ Nicole Testa Mehdipour*
                                                Nicole Testa Mehdipour
                                                Florida Bar No. 177271

| Print Name: Nicole Testa Mehdipour |
| --- |
| Address: 6278 N. Federal Highway, Suite 408 |
| City: Fort Lauderdale    State: FL    Zip: 33308 |